# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2841
LT Case No. 2021-CF-010453-A

———————————————

QUAMIR FLOWERS-MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

May 28, 2024

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————